IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REFUGIO WILLIS VILLAREAL<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:23-cv-369 |
| | § | |
| NATIONWIDE AGRIBUSINESS<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Refugio Willis Villareal and Defendant Nationwide Agribusiness Insurance Company provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas A. Dupre (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Nicholas A. Dupre | Patrick M. Kemp |
| Texas Bar No. 24059701 | Texas Bar No. 24043751 |
| nick@stanfielddupre.com | Southern District No. 38513 |
| Stanfield & Dupre, PLLC | pkemp@smsm.com |
| 1095 Evergreen Circle, Suite 200-408 | Segal McCambridge Singer and Mahoney |
| The Woodlands, TX 77380 | 100 Congress Ave., Suite 800 |
| (832) 482-4622 | Austin, Texas 78701 |
| (281) 947-3034 – Facsimile | Telephone: (512) 476-7834 |
| | Facsimile: (512) 476-7832 |
| **ATTORNEY-IN-CHARGE FOR PLAINTIFF REFUGIO WILLIS VILLAREAL** | **ATTORNEY-IN-CHARGE FOR DEFENDANT NATIONWIDE AGRIBUSINESS INSURANCE COMPANY** |

Of Counsel:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
C Daniel DiLizia
Texas Bar No. 24099800
Southern District No. 2970159
ddilizia@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 25th day of March, 2024 to:

Nicholas A. Dupre
Stanfield & Dupre, PLLC
1095 Evergreen Circle, Suite 200-408
The Woodlands, Texas 77380
nick@stanfielddupre.com

                                */s/ Patrick M. Kemp*
                                Patrick M. Kemp