United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REFUGIO WILLIS VILLAREAL | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-369 |
| | § | |
| NATIONWIDE AGRIBUSINESS | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## CONDITIONAL ORDER OF DISMISSAL

Parties have notified the Court that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represents to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**

**SIGNED** at Houston, Texas, on this the 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE