Case 4:23-cv-00369   Document 36   Filed on 04/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REFUGIO WILLIS VILLAREAL | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-369 |
| | § | |
| NATIONWIDE AGRIBUSINESS | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Refugio Willis Villareal and Defendant Nationwide Agribusiness Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, **GRANTED**. All claims made in this lawsuit are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of April, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1